# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA STOREY, and MARILYN STOREY, individuals,<br><br>      Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. a Delaware corporation, BANK OF AMERICA, N.A., BAC HOME LOAN SERVICING, LP, MANN MORTGAGE, LLC, CAPITAL TITLE COMPANY, RECONTRUST COMPANY, N.A.; and DOES 1 through 25, inclusive,<br><br>      Defendants. | CASE NO: 3:11-CV-00245-RCJ-RAM<br><br>ORDER **OF DISMISSAL WITHOUT PREJUDICE**<br><br>Hearing Date:<br>Time:<br>Ctrm: |

  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs NEVADA STOREY and MARILYN STOREY, by and through their attorney of record, Tory M. Pankopf of the Law Offices of TORY M. PANKOPF, LTD, dismiss this action in entirety without prejudice.

IT IS SO ORDERED.
DATED: This 25th day of May, 2011.

_____
Robert C. Jones
United States Chief District Judge

Law Offices of
**Tory M. Pankopf, Ltd.**
10471 Double R Boulevard
Suite C
Reno, NV 89521
(775) 384-6956