ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: christina.bhirud@akerman.com

*Attorneys for Defendants Mortgage Electronic Registration Systems, Inc., Bank of America, N.A., as Bank of America, N.A. and as successor by merger to BAC Home Loans Servicing, LP, and ReconTrust Company, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA STOREY and MARILYN STOREY, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, BANK OF AMERICA, N.A., BAC HOME LOAN SERVICING, LP, MANN MORTGAGE, LLC, CAPITAL TITLE COMPANY, RECONTRUST COMPANY, N.A.; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 3:11-cv-00245-RCJ-RAM<br><br>**ORDER CANCELING LIS PENDENS** |

This Court entered an Order of Dismissal without Prejudice on May 25, 2011 [Dkt. 27].

Defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF AMERICA, N.A., as BANK OF AMERICA, N.A. and as successor by merger to BAC HOME LOANS SERVICING, LP, and RECONTRUST COMPANY, N.A. (collectively, "Defendants") request that the lis pendens Plaintiffs NEVADA STOREY and MARILYN STOREY recorded against the subject property be canceled.

{LV045326;1}

The Court finds that Plaintiffs NEVADA STOREY and MARILYN STOREY recorded a Notice of Pendency of Action ("Lis Pendens") on or about February 14, 2011, as Document No. 3973413, in the real property records maintained by the Washoe County Recorder.  A copy of the Lis Pendens is attached hereto at **Exhibit A** and fully incorporated by reference.

Upon consideration of Defendants' request to cancel the above referenced Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. It is ordered, adjudged and decreed that the above referenced Lis Pendens is hereby cancelled, released, and expunged.

2. It is further ordered, adjudged and decreed that this Order canceling the above referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. It is further ordered, adjudged and decreed that Defendants record a properly certified copy of this Cancellation Order in the real property records of Washoe County, Nevada within a reasonable amount of time from the date of this Order's issue.

APPROVED:

/s/ R. Jones

UNITED STATES DISTRICT JUDGE

Dated: 09-08-2011

Submitted by:

**AKERMAN SENTERFITT LLP**

 /s/  Christina S. Bhirud
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
400 South Fourth Street, Suite 450
Las Vegas, Nevada  89101

*Attorneys for Defendants Mortgage Electronic Registration Systems, Inc., Bank of America, N.A., as Bank of America, N.A. and as successor by merger to BAC Home Loans Servicing, LP, and ReconTrust Company, N.A.*

{LV045326;1}                     2